## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VESTTOO LTD., *et al.*,[1] | Case No. 23-11160 (MFW) |
| Debtors. | (Jointly Administered) |
| ACP Post Oak Credit I LLC and ACP Post Oak Credit II LLC | |
| Appellant, | |
| v. | Civil Action No. 1:24-cv-00304-JLH |
| VESTTOO LTD., *et al.*, and the Official Committee of Unsecured Creditors of Vesttoo LTD, *et al.* | |
| Appellees. | |

**STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL BY ACP POST OAK CREDIT I LLC AND ACP POST OAK CREDIT II LLC**

ACP Post Oak Credit I LLC and ACP Post Oak Credit II LLC (together, "Appellants") hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the following statement of issues and designation of the items to be included in the record in connection with Appellants' appeal from the *Order Approving Disclosure Statement on Final Basis and Confirming Official Committee of Unsecured Creditors' Second Modified Second Amended Chapter 11 Plan of Liquidation for Vesttoo Ltd. and its Debtor Affiliates* [Docket No. 763] (the "Confirmation Order") entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/vesttoo.

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred in confirming the amended chapter 11 plan of reorganization, including the approval of settlements with four cedents, without resolicitation of the chapter 11 plan, on shortened notice to creditors and parties in interest, and without providing Appellants' adequate time to obtain discovery and to file formal written objections.

## DESIGNATION OF RECORD ON APPEAL

2. Appellants hereby designate the following items to be included in the record on appeal, which includes all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 418 | 11/20/2023 | Combined Disclosure Statement and Chapter 11 Plan of Liquidation |
| 419 | 11/20/2023 | Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time, and Place for the Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures and Deadlines |
| 473 | 12/20/2023 | Order (A) Approving the Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time, and Place for the Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures and Deadlines |
| 474 | 12/21/2023 | Amended Chapter 11 Combined Plan & Disclosure Statement (Solicitation Version) |
| 476 | 12/21/2023 | Amended Chapter 11 Combined Plan & Disclosure Statement (CORRECTED SOLICITATION VERSION) |

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 562 | 01/16/2024 | Notice of Filing Plan Supplement to the Official Committee of Unsecured Creditors' Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation for Vesttoo Ltd. and its Debtor Affiliates |
| 578 | 01/19/2024 | Notice of Filing Amended Plan Supplement to the Official Committee of Unsecured Creditors' Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation for Vesttoo Ltd. and its Debtor |
| 621 | 01/31/2024 | Notice of (I) Adjourned Final Combined Hearing on Approval of the Disclosure Statement and Confirmation of the Plan, (II) Status Conference With Respect Thereto, and (III) Certain Related Deadlines |
| 656 | 02/14/2024 | Motion of the Official Committee of Unsecured Creditors for Approval, Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, of the Settlement Among Committee and Clear Blue Regarding Vesttoo Bay XIV, Limited Partnership |
| 658 | 02/15/2024 | Motion to Shorten Notice of Motion of the Official Committee of Unsecured Creditors for Approval, Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, of the Settlement Among the Committee and Clear Blue Regarding Vesttoo Bay XIV, Limited Partnership |
| 659 | 02/15/2024 | Order Granting Motion to Shorten Notice of Motion of the Official Committee of Unsecured Creditors for Approval, Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, of the Settlement Among the Committee and Clear Blue Regarding Vesttoo Bay XIV, Limited Partnership |
| 668 | 02/15/2024 | The Official Committee of Unsecured Creditors' Omnibus Response to Certain Objections to, and Memorandum of Law in Support of, Confirmation of Combined Disclosure Statement and Amended Chapter 11 Plan of Liquidation of Vesttoo Ltd. and its Debtor Affiliates, Including Approval of Adequacy of Disclosure Statement on a Final Basis |
| 669 | 02/15/2024 | Declaration of Richard Newman in Support of the Official Committee of Unsecured Creditors' Second Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation for Vesttoo Ltd. and Its Debtor Affiliates |

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 677 | 02/16/2024 | Notice of Motion of the Official Committee of Unsecured Creditors for Approval, Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, of the Settlement Among Committee and Clear Blue Regarding Vesttoo Bay XIV, Limited Partnership |
| 678 | 02/17/2024 | Official Committee of Unsecured Creditors' Second Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation for Vesttoo Ltd. and Its Debtor Affiliates |
| 685 | 02/19/2024 | Motion of the Official Committee of Unsecured Creditors for Approval, Pursuant to Sections 105(a), 363, 1123, and 1141 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, of the Settlement Among Committee and Chaucer Regarding Vesttoo Bay XXIV, Limited Partnership |
| 688 | 02/20/2024 | Motion to Shorten Notice of Motion of the Official Committee of Unsecured Creditors For Approval, Pursuant to Sections 105(a), 363, 1123, and 1141 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, of the Settlement Among Committee and Chaucer Regarding Vesttoo Bay XXIV, Limited Partnership |
| 692 | 02/20/2024 | Motion of the Official Committee of Unsecured Creditors for Approval, Pursuant to Sections 105(a), 363, 1123, and 1141 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, of the Settlement Among Committee, Beazley, and Porch Regarding Vesttoo Bay XIX, Limited Partnership |
| 697 | 02/21/2024 | Notice of Filing Second Amended Plan Supplement to the Official Committee of Unsecured Creditors' Second Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation for Vesttoo Ltd. and Its Debtor Affiliates |
| 698 | 02/21/2024 | Motion to Shorten Notice of Motion of the Official Committee of Unsecured Creditors for Approval, Pursuant to Sections 105(a), 363, 1123, and 1141 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, of the Settlement Among Committee, Beazley, and Porch Regarding Vesttoo Bay XIX, Limited Partnership |
| 711 | 02/21/2024 | Official Committee of Unsecured Creditors' Modified Second Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation for Vesttoo Ltd. and Its Debtor Affiliates |
| 715 | 02/21/2024 | Supplemental Declaration of Richard Newman in Support of the Official Committee of Unsecured Creditors' Second Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation for Vesttoo Ltd. and its Debtor Affiliates |

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 726 | 02/23/2024 | Order Granting Motion to Shorten Notice of Motion of the Official Committee of Unsecured Creditors for Approval, Pursuant to Sections 105(a), 363, 1123, and 1141 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, of the Settlement Among Committee, Beazley, and Porch Regarding Vesttoo Bay XIX, Limited Partnership |
| 721 | 02/22/2024 | Joint Provisional Liquidators' Supplement to the JPLs' Objections to the Confirmation of the Committee's Modified Second Amended Combined Disclosure Statement and Plan |
| 728 | 02/23/2024 | Order Granting Motion to Shorten Notice of Motion of the Official Committee of Unsecured Creditors for Approval, Pursuant to Sections 105(a), 363, 1123, and 1141 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, of the Settlement Among Committee and Chaucer Regarding Vesttoo Bay XXIV, Limited Partnership |
| 730 | 02/23/2024 | Notice of Motion of the Official Committee of Unsecured Creditors for Approval, Pursuant to Sections 105(a), 363, 1123, and 1141 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, of the Settlement Among Committee and Chaucer Regarding Vesttoo Bay XXIV, Limited Partnership |
| 731 | 02/23/2024 | Notice of Motion of the Official Committee of Unsecured Creditors for Approval, Pursuant to Sections 105(a), 363, 1123, and 1141 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, of the Settlement Among Committee, Beazley, and Porch Regarding Vesttoo Bay XIX, Limited Partnership |
| 737 | 02/26/2024 | Joint Provisional Liquidators' Objection to Motions of the Official Committee of Unsecured Creditors for Approval, Pursuant to Sections 105(a), 363, 1123, and 1141 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, of the Settlements Between the Committee and: (A) Clear Blue Regarding Vesttoo Bay XIV, Limited Partnership; (B) Chaucer Regarding Vesttoo Bay XXIV, Limited Partnership; and (C) Porch and Beazley Regarding Vesttoo bay XIX, Limited Partnership |
| 746 | 02/27/2024 | Request for Adjournment of Hearing to Consider the Settlement Motions Between the Official Committee of Unsecured Creditors and the Four Settling Cedants |
| 753 | 02/28/2024 | Official Committee of Unsecured Creditors' Second Modified Second Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation for Vesttoo Ltd. and its Debtor Affiliates |
| 763 | 02/29/2024 | Order Confirming Chapter 11 Plan |

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 777 | 03/06/2024 | Notice of Appeal of Order Approving Disclosure Statement on Final Basis and Confirming Official Committee of Unsecured Creditors' Second Modified Second Amended Chapter 11 Plan of Liquidation for Vesttoo Ltd. and its Debtor Affiliates |

**HEARING TRANSCRIPTS**

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 764 | 02/29/2024 | Transcript regarding Hearing Held 02/26/24 RE: Cont'd Confirmation Hearing |
| 765 | 02/29/2024 | Transcript regarding Hearing Held 02/27/24 RE: Cont'd Confirmation Hearing |
| 766 | 02/29/2024 | Transcript regarding Hearing Held 02/28/24 RE: Cont'd Confirmation Hearing |

3. Appellants reserve the right to amend, modify, or supplement the foregoing issues and designations.

[*Remainder of Page Intentionally Left Blank*]

## CERTIFICATION REGARDING TRANSCRIPTS

4. Pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, Appellants hereby certify that they are not ordering any transcripts. All transcripts have been prepared and are filed on the docket and are designated in the foregoing designation of the record.

Dated: March 20, 2024
New York, New York

*/s/ Gregg M. Galardi*
Gregg M. Galardi (DE No. 2991)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Email: Gregg.Galardi@ropesgray.com

-and-

Peter Welsh
Andrew G. Devore
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Email:  Peter.Welsh@ropesgray.com
             Andrew.Devore@ropesgray.com

*Counsel to ACP Post Oak Credit I LLC and ACP Post Oak Credit II LLC*

**CERTIFICATE OF SERVICE**

In accordance with the provisions of Bankruptcy Rule 8003(c)(1), I certify that on March 20, 2024, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices.

*/s/ Gregg M. Galardi*
Gregg M. Galardi