**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ACP Post Oak Credit I LLC and ACP Post Oak Credit II LLC<br><br>                              Appellant,<br><br>v.<br><br>VESTTOO LTD., *et al.*, and the Official Committee of Unsecured Creditors of Vesttoo LTD, *et al.*<br><br>                              Appellees. | Civil Action No. 1:24-cv-00304-JLH<br><br>Bankruptcy Case No. 23-11160 (MFW)<br>Bankruptcy BAP No. 23-00010 |

## ORDER APPROVING APPEARANCE

This matter coming before the Court upon the application of Gregg M. Galardi to appear in the above-captioned case on behalf of Appellant, ACP Post Oak Credit I LLC and ACP Post Oak Credit II LLC, pursuant to D. Del. LR 83.5(f)(2) of the United States District Court for the District of Delaware; and the Court having reviewed the application and determined the relief sought is appropriate; it is hereby

ORDERED, that Gregg M. Galardi may appear in the above-captioned case on behalf of ACP Post Oak Credit I LLC and ACP Post Oak Credit II LLC and file pleadings without the requirement of association with Delaware local counsel pursuant to D. Del. LR 83.5(f)(2).

Dated: ____March 22____, 2024

_____
The Honorable Jennifer L. Hall
United States District Judge