# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| VESTOO LTD., et al., | ) | Bankruptcy Case No.: 23-11160 (MFW) |
| | ) | Bankr. BAP No. 24-0010 |
| Debtors. | ) | |
| _____ | ) | |
| ACP POST OAK CREDIT I, LLC and | ) | |
| ACP POST OAK CREDIT II, LLC, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-0304-JLH |
| | ) | |
| VESTOO LTD., et al., and the OFFICIAL | ) | |
| COMMITTEE OF UNSECURED | ) | |
| CREDITORS OF VESTOO LTD., et al., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

## **ORDER**

At Wilmington, Delaware, this **13th day of May 2024;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals

from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023,

the Court conducted an initial review of this matter, including having gathered information from

the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not jointly agree that their disputes here can be resolved

through mediation, and, upon review, the Court determines that mediation would not be an

appropriate use of Court resources at this time;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation. The parties should address any request for

entry of a briefing schedule to the assigned District Judge in this matter.


_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE