IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>VESTTOO LTD., et al.<br><br>          Debtors.<br>_____<br>ACP POST OAK CREDIT 1 LLC,<br>and OAK CREDIT II LLC,<br><br>          Appellants,<br><br>      v.<br><br>VESTTOO LTD., et al., as Wind<br>Down Debtors, and THE VESTTOO<br>CREDITORS LIQUIDATING<br>TRUST,<br><br>          Appellees.<br>_____ | ) Chapter 11<br>) Bk. No. 23-11160 (MFW)<br>) BK. BAP No. 23-00010<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 24-304-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

At Wilmington this 31st day of May 2024, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **July 1, 2024.**

2. Appellees' brief in opposition to the appeal is due on or before **July 31, 2024.**

3. Appellants' reply brief is due on or before **August 14, 2024.**

_____
The Honorable Jennifer L. Hall
United States District Judge